# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV10-00837 JAK (MLGx) | Date | June 15, 2011 |
| Title | Steadigrow, Inc., et al. v. Michael Emanuel, et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On June 14, 2011, plaintiff/counterclaim-defendant filed "Notice of Settlement" [92]. The Court sets an Order to Show Cause re Dismissal for July 11, 2011 at 10:30 a.m. If the parties file a dismissal by July 8, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The following dates are vacated:

| | |
|---|---|
| Status Conference re Settlement: | June 20, 2011 |
| Final Pretrial Conference: | January 9, 2012 |
| Status Conference re Exhibits: | January 20, 2012 |
| Jury Trial: | January 24, 2012 |

**IT IS SO ORDERED.**

:

Initials of Preparer  ak