William L. Buus (SBN 180059)
Eric M. Schiffer (SBN 179695)
SCHIFFER & BUUS, APC
4675 MacArthur Court, Suite 590
Newport Beach, California 92660
Telephone: (949)825-6140
Facsimile: (949)825-6141
Email:   wbuus@schifferbuus.com
         eschiffer@schifferbuus.com

Attorneys for Plaintiff/Counterclaim Defendant
STEADIGROW, INC. and Counterclaim Defendant
ELIZABETH HAMILTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEADIGROW, INC., a California corporation;<br><br>  Plaintiffs,<br>vs.<br>MICHAEL EMANUEL; ELEMENT 6 PRODUCTS, LLC; DOES 1 through 10, inclusive,<br><br>  Defendants.<br>_____<br>AND RELATED COUNTERCLAIM. | Case No.: SACV10-837 JAK (MLGx)<br><br>ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>JS-6 |

ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and in accordance with the Stipulation of Dismissal of Entire Action With Prejudice by and between Counterclaim Defendant STEADIGROW, INC. and Counterclaim Defendant ELIZABETH HAMILTON and Defendants and Counterclaim Defendants MICHAEL EMANUEL and ELEMENT 6 PRODUCTS, LLC:

(1) The above-captioned action shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1);

(2) Each party shall bear its own attorneys' fees and costs with respect to the dismissal of the above-captioned action; and

1

ORDER GRANTING STIPULATION OF DISMISSAL

2

    (3) The hearing set for September 1, 2011 at 8:30 a.m. in this Department is vacated.

IT IS SO ORDERED.

Dated:  August 31, 2011
_____

_____
John A. Kronstadt
United States District Judge